IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00159-BNB

ALVIN DANA SHEPHERD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Alvin Dana Shepherd, currently resides in Denver.  Mr. Shepherd, acting *pro se*, initiated this action by filing a complaint.  He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    On February 7, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Shepherd to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and with Rule 10.1 of the Local Rules of Practice for this Court.  The order warned Mr. Shepherd that if he failed within the time allowed to file an amended complaint as directed, the complaint and the action would be dismissed without further notice.

    Mr. Shepherd has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way.  Therefore, the complaint and the action will be dismissed.

    Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal

from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Shepherd files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Alvin Dana Shepherd, to comply with the pleading requirements of Rule 8 and the directives of the order of February 7, 2012, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  20th  day of   March        , 2012.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court